UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOYSEL LOPEZ, *et al.*,

           Plaintiffs,

-v-

OVERTIME 1ST AVENUE CORP., *d/b/a*
PRIME ONE 16,

           Defendant.



No. 15-cv-820 (RJS)
<u>ORDER</u>

RICHARD J. SULLIVAN, District Judge:

    Now before the Court is the parties' motion for final approval of the Rule 68 Offers of Judgement (the "Settlement"), dated May 9, 2017. (Doc. No. 83.) For the reasons stated on the record at the fairness hearing, held on May 19, 2017, the Court finds that Settlement is fair and reasonable. *See Dorian Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Thus, IT IS HEREBY ORDERED that the Settlement is approved.

    The Court further finds that the request of Plaintiffs' counsel for attorneys' fees and litigation costs and expenses in this action is also fair and reasonable. Thus, IT IS FURTHER ORDERED that Plaintiff's counsel is hereby awarded attorneys' fees and costs as set forth in the Settlement.

    The Court shall retain exclusive and continuing jurisdiction over this action for the purposes of supervising the implementation, enforcement, construction, administration, and interpretation of the Settlement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

The Clerk of the Court is respectfully directed to terminate the motion pending at docket number 83 and to close this case.

Dated:     May 19, 2017
           New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE